# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2025

## NO. 03-25-00148-CV

**Appellant, Sean Riley// Cross-Appellant, FlashParking, Inc.**

**v.**

**Appellee, FlashParking, Inc.// Cross-Appellee, Sean Riley**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ELLIS**

This is an appeal from the interlocutory order signed by the trial court on February 12, 2025. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.